**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Edward James Redmond

         Plaintiff,

v.

Commissioner of Social Security,

         Defendant.

_____/

CASE NUMBER: 16-12617
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE GRAND

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 27, 2017, Magistrate Judge Grand issued a Report and Recommendation [Doc. 21], recommending that Defendant's Motion for Summary Judgment [Doc. 18] be DENIED and Plaintiff's Motion for Summary Judgment [Doc. 16] be GRANTED IN PART AND DENIED IN PART and this case be REMANDED to the ALJ for further proceedings. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court **ADOPTS** the Report and Recommendation.

Defendant's motion is **DENIED**, Plaintiff's motion is **GRANTED IN PART AND DENIED IN PART** and this matter is **REMANDED** to the ALJ for proceedings consistent with the Report and Recommendation.

Judgment of remand will enter.

    **IT IS ORDERED**.

                                      /s/ Victoria A. Roberts
                                      Victoria A. Roberts
                                      United States District Judge

Dated: May 19, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 19, 2017.

S/Linda Vertriest
Deputy Clerk